USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN PIZARRO,
                         Plaintiff,                  17 **CIVIL** 4409 (ALC)

                -against-                        **JUDGMENT**

U.S. POST OFFICE, ET AL.,
                         Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 25, 2020, Defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:**  New York, New York
           February 25, 2020

                                              RUBY J. KRAJICK
                                              **Clerk of Court**
                          BY:
                                              **Deputy Clerk**

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON 2/25/2020